UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>AL-SHUKR INC. d/b/a THE HALAL GUYS and EDEN SUITES LLC,<br><br>    Defendants. | Case No. 1:24-cv-09995-JHR |

## NOTICE OF CONFIDENTIAL SETTLEMENT

Defendant, Al-Shukr Inc., d/b/a The Halal Guys ("The Halal Guys"), on behalf of all parties, hereby advises the Court that the parties have reached a settlement of the above-styled claim. The parties are in the process of preparing a formal settlement agreement and will file a Joint Stipulation of Dismissal *with Prejudice* shortly. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated: New York, NY
      June 4, 2025

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Andrew C. Karter*
    Andrew C. Karter
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
andrew.karter@akerman.com
Telephone: 212-880-3800
*Attorneys for Defendant*
*Al-Shukr Inc., d/b/a The Halal Guys*

81681665;1