UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERY WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>AL-SHUKR INC. d/b/a THE HALAL GUYS and EDEN SUITES LLC,<br><br>      Defendants. | Case No. 1:24-cv-09995-JHR |

## ORDER OF DISMISSAL *WITH PREJUDICE*

**THIS CAUSE** came before the Court on the Plaintiff, JEFFERY WILLIAMS ("Plaintiff"), and Defendant, AL-SHUKR INC. d/b/a THE HALAL GUYS' ("Defendant") Joint Stipulation of Dismissal *with Prejudice*, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, hereby **ORDERS AND ADJUDGES**:

1. The above-styled action is hereby **DISMISSED *WITH PREJUDICE***;
2. The Clerk shall deny any pending Motions as moot; and
3. Each party shall bear their own attorneys' fees, expert fees, paralegals' fees, and costs, except as otherwise provided in the Parties' Confidential Settlement Agreement.

**DONE AND ORDERED** in Chambers, in New York County, New York, this 30th day of _____July_____ 2025.

*Jennifer H. Rearden*
_____
THE HONORABLE JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Andrew C. Karter, Esq.;
Gabriel A. Levy, Esq.